**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SMART RAIN, SYSTEMS, LLC

    Plaintiff(s),

vs.

RHREN- UND PUMPENWERK BAUER GES.m.b.H et al.

    Defendant(s).

Case # 2:22-cv-00232-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____David W. Tufts_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dentons Durham Jones Pinegar P.C._____
(firm name)

with offices at _____111 South Main Street, Suite 2400_____,
(street address)

__Salt Lake City__, __Utah__, __84111__,
(city) (state) (zip code)

__(801) 415-3000__, __david.tufts@dentons.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Smart Rain Systems, LLC__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___12/13/1995___ , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Central District of California | 12/13/1995 | 180817 |
| Ninth Circuit Court of Appeals | 10/28/1997 | 180817 |
| Federal Circuit Court of Appeals | 03/17/1999 | |
| U.S.D.C. District of Utah | 05/17/2000 | 8736 |
| All Utah State Courts | 05/17/2000 | 8736 |
| U.S.D.C. Southern District of California | 08/01/2000 | 180817 |
| *see attached for additional courts | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar, Utah State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Utah_____ )
                            )
COUNTY OF ____Salt Lake____ )

_____David W. Tufts_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__18th__ day of __February__, 2022

_____
Notary Public or Clerk of Court

**KRISTIN HUGHES**
Notary Public State of Utah
My Commission Expires on:
October 1, 2023
Comm. Number: 708340

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Timothy O. Hemming___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____192 East 200 North_____
(street address)

____St. George____, ____Utah____, __84770__
(city)              (state)         (zip code)

__(435) 674-0400__          __tim.hemming@dentons.com__
(area code + telephone number)       (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Timothy O. Hemming_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Timothy O. Hemming*
Designated Resident Nevada Counsel's signature
14375                              tim.hemming@dentons.com
Bar number                         Email address

APPROVED:

Dated: this __23__ day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Timothy O. Hemming__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Rudy Larsen_   Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14375                    tim.hemming@dentons.com
Bar number               Email address

5

Rev. 5/16

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | 12/11/2000 | |
| Tenth Circuit Court of Appeals | 12/15/2000 | 8736 |
| U.S.D.C Northern District of California | 2/15/2002 | 180817 |
| U.S.D.C. Eastern District of California | 04/02/2010 | 180817 |

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

February 16, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID WILLIAM TUFTS, #180817 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1995 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 2/4/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for David W Tufts

This is to certify that David W Tufts, Utah State Bar No. 8736 was admitted to practice law in Utah on 5/17/2000.

David W Tufts is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2022 -962627
verify by email at cogsrequest@utahbar.org