Chad R. Fears, Esq. (SBN 6970)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Michael S. Golenson, Esq. (*pro hac vice to be filed*)
**MASUDA, FUNAI, EIFERT & MICHELL, LTD.**
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Telephone: (312) 245-7529
Facsimile: (312) 245-7467
Email: mgolenson@masudafunai.com

*Attorneys for Defendants*
*Röhren -und Pumpenwerk Bauer Ges.m.b.H. and*
*Bauer North America, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SMART RAIN SYSTEMS, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ROHREN- UND PUMPENWERK BAUER GES.M.B.H., a limited liability company of Austria; BAUER NORTH AMERICA, INC., a foreign corporation; DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-00232-CDS-EJY<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Bauer North America, Inc. ("Bauer NA") and Plaintiff Smart Rain Systems, LLC ("Smart Rain"), through their respective counsel, that the time for Bauaer NA to respond to the Complaint is extended up to and including August 8, 2022.

Bauer NA's current deadline to respond to the Complaint, by agreement of the parties, is June 2, 2022. The deadline for Defendant Röhren -und Pumpenwerk Bauer Ges.m.b.H. ("Bauer

GmbH") to respond to the Complaint is August 8, 2022, due to Bauer GmbH's waiver of service. The current stipulated and agreed extension of time for Bauer NA aligns Bauer NA's responsive pleading deadline with that of Bauer GmbH and allows the parties more time to explore the possibility of an early settlement.

The reason for the extension is not for purposes of delay or to cause prejudice to any party, but rather so that Bauer NA can fully evaluate the claims in the Complaint and that the parties can potentially discuss settlement options. This is the parties first request for an extension from the Court. This request complies with Local Rules IA 6-1, IA 6-2, and 7-1.

[Signatures to Follow]

Dated: June 2, 2022.

| | |
|---|---|
| */s/ Chad R. Fears* | */s/ Timothy O. Hemming* |
| Chad R. Fears, Esq. (SBN 6970) | Timothy O. Hemming, Esq. (SBN 14375) |
| **EVANS FEARS & SCHUTTERT LLP** | **DENTONS DURHAM JONES PINEGAR P.C.** |
| 6720 Via Austi Parkway, Suite 300 | 192 East 200 North, 3rd Floor |
| Las Vegas, NV 89119 | St. George, UT 84770 |
| Telephone: (702) 805-0290 | Telephone: (435) 674-0400 |
| Facsimile: (702) 805-0291 | Facsimile: (435) 628-1610 |
| Email: cfears@efstriallaw.com | Email: tim.hemming@dentons.com |
| | |
| Michael S. Golenson, Esq. (*pro hac vice to be filed*) | David W. Tufts, Esq. *(admitted pro hac vice)* |
| **MASUDA, FUNAI, EIFERT & MICHELL, LTD.** | **DENTONS DURHAM JONES PINEGAR P.C.** |
| 203 N. LaSalle Street, Suite 2500 | 111 S. Main Street, Suite 2400 |
| Chicago, Illinois 60601-1262 | Salt Lake City, UT 84111 |
| Telephone: (312) 245-7529 | Telephone: (801) 415-3000 |
| Facsimile: (312) 245-7467 | Facsimile: (801) 415-3500 |
| Email: mgolenson@masudafunai.com | Email: David.tufts@dentons.com |
| | Email: landon.laycock@dentons.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| *Röhren -und Pumpenwerk Bauer Ges.m.b.H. and* | |
| *Bauer North America, Inc.* | Michael E. Rawlins, Esq. (SBN 5467) |
| | 3333 E. Serene Avenue, Suite 139 |
| | Henderson, NV 89074 |
| | *Designated solely for service pursuant to LR IA 11-1(b)* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated June 3, 2022

- 3 -