Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone:  435 674 0400
Facsimile:   435 628 1610

David W. Tufts, *pro hac vice*
david.tufts@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone:  801 415 3000
Facsimile:   801 415 3500
*Attorneys for Plaintiff*

Michael D. Rawlins, Nevada Bar No. 5467
3333 E. Serene Ave.  Suite 130
Henderson, NV. 89074
*Designated solely for service pursuant to LR IA 11-1(b)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMART RAIN SYSTEMS, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>RÖHREN- UND PUMPENWERK BAUER GES.M.B.H., a limited liability company of Austria; BAUER NORTH AMERICA, INC., a foreign corporation; DOES 1 through 10<br><br>Defendants. | Case No.: 2:22-cv-00232-GMN-EJY<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

   IT IS HEREBY STIPULATED AND AGREED, by Defendant Bauer North America, Inc. ("Bauer NA"), Defendant Röhren -und Pumpenwerk Bauer Ges.m.b.H. ("Bauer GmbH") (collectively, "Bauer"), and Plaintiff Smart Rain Systems, LLC ("Smart Rain"), through their respective counsel, that the time for Bauer to respond to the Complaint be extended up to and including September 7, 2022. Bauer's current deadline to respond to the Complaint is August 8, 2022. The additional thirty days stipulated to herein allows the parties more time to explore the possibility of an early settlement.

The reason for the extension is not for purposes of delay or to cause prejudice to any party, but rather is to allow the parties to discuss settlement options. This is the parties' second request for such an extension from the Court, having had a previous extension granted on June 3, 2022 [Docket 17]. This request complies with Local Rules IA 6-1, IA 6-2, and 7-1.

[Signatures to Follow]

Dated: August 4, 2022.

| | |
|---|---|
| */s/* Chad R. Fears | */s/* Timothy O. Hemming |
| Chad R. Fears, Esq. (SBN 6970) | Timothy O. Hemming, Esq. (SBN 14375) |
| **EVANS FEARS & SCHUTTERT LLP** | **DENTONS DURHAM JONES PINEGAR P.C.** |
| 6720 Via Austi Parkway, Suite 300 | 192 East 200 North, 3rd Floor |
| Las Vegas, NV 89119 | St. George, UT 84770 |
| Telephone: (702) 805-0290 | Telephone: (435) 674-0400 |
| Facsimile: (702) 805-0291 | Facsimile: (435) 628-1610 |
| Email: cfears@efstriallaw.com | Email: tim.hemming@dentons.com |
| | |
| Michael S. Golenson, Esq. (*pro hac vice to be filed*) | David W. Tufts, Esq. *(admitted pro hac vice)* |
| **MASUDA, FUNAI, EIFERT & MICHELL, LTD.** | **DENTONS DURHAM JONES PINEGAR P.C.** |
| 203 N. LaSalle Street, Suite 2500 | 111 S. Main Street, Suite 2400 |
| Chicago, Illinois 60601-1262 | Salt Lake City, UT 84111 |
| Telephone: (312) 245-7529 | Telephone: (801) 415-3000 |
| Facsimile: (312) 245-7467 | Facsimile: (801) 415-3500 |
| Email: mgolenson@masudafunai.com | Email: David.tufts@dentons.com |
| | Email: landon.laycock@dentons.com |

*Attorneys for Defendants*
*Röhren -und Pumpenwerk Bauer*
*Ges.m.b.H. and*
*Bauer North America, Inc.*
(Signed by filing attorney with permission received via e-mail on August 4, 2022)

*Attorneys for Plaintiff*

Michael E. Rawlins, Esq. (SBN 5467)
3333 E. Serene Avenue, Suite 139
Henderson, NV 89074
*Designated solely for service pursuant to LR IA 11-1(b)*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATE MAGISTRATE JUDGE

Dated: August 4, 2022