Z. RYAN PAHNKE
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada, NV 89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com
*Designated solely for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Smart Rain Systems, LLC*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SMART RAIN SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROHREN – UND PUMPENWERK BAUER GES M.B.H., and BAUER NORTH AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00232-CDS-EJY<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

　　Pursuant to LR IA 11-6, Plaintiff Smart Rain Systems, LLC, hereby substitutes Z. Ryan Pahnke of the law firm Ray Quinney & Nebeker P.C., as attorney of record in place and stead of Timothy O. Hemming, David W. Tufts, Esq.

　　Also, pursuant to LR IA 11-1(b)(2), because Mr. Pahnke is admitted in Nevada but does not maintain an office in Nevada under LR IA 11-1(b)(1), Mr. Pahnke hereby designates the following Nevada attorney in this matter:

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada, NV 89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com

DATED this 14th day of October, 2022.

**Newly appearing attorneys for Plaintiff,**

RAY QUINNEY & NEBEKER P.C.

/s/ Z. Ryan Pahnke
Z. Ryan Pahnke
Nevada Bar No. 9641

and

/s/ David J. Malley
*(signed electronically by filing attorney with permission received via email)*
David J. Malley
Nevada Bar No. 8171
*Designated counsel pursuant to LR IA 11-1(b)*

**Withdrawing attorneys,**

DENTONS DURHAM JONES PINEGAR P.C.

/s/ Timothy O. Hemming
*(signed electronically by filing attorney with permission received via email)*
Timothy O. Hemming
Nevada Bar No. 14375

/s/ David W. Tufts
*(signed electronically by filing attorney with permission received via email)*
David W. Tufts
(*pro hac vice*)

**Client Consent,**

Plaintiff Smart Rain Systems, LLC

By: *[signature]*

Its: Manager

APPROVED:

DATED: October 17, 2022          *[signature]*
                                  United States Magistrate Judge

1617722