1  Z. RYAN PAHNKE
   Nevada Bar No. 9641
2  **RAY QUINNEY & NEBEKER P.C.**
   36 South State Street, Suite 1400
3  Salt Lake City, Utah  84145-0385
4  Telephone:  (801) 532-1500
   Email: rpahnke@rqn.com
5
   David J. Malley
6  Nevada Bar No. 8171
   **JOLLEY URGA WOODBURY & HOLTHUS**
7  50 S. Stephanie Street, Suite 202
   Henderson, Nevada  89012
8  Telephone: (702) 699-7500
   Email: djm@juwlaw.com
9  *Designated solely for service pursuant to LR IA 11-1(b)*

10 *Attorneys for Plaintiff Smart Rain Systems, LLC*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| SMART RAIN SYSTEMS, LLC, | |
|---|---|
| Plaintiff, | Case No. 2:22-cv-00232-CDS-EJY |
| vs. | |
| ROHREN – UND PUMPENWERK BAUER GES M.B.H., and BAUER NORTH AMERICA, INC., | **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| Defendants. | **(SIXTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Smart Rain Systems, LLC ("Smart Rain"), and Defendant Bauer North America, Inc. ("Bauer NA"), Defendant Rohren - und Pumpenwerk Bauer Ges.m.b.H. ("Bauer GmbH") (collectively, "Bauer"), through their respective counsel, that the time for Bauer to respond to the Complaint be extended up to and including January 20, 2023.  Bauer's current deadline to respond to the Complaint is December 7, 2022.  Plaintiff recently retained new counsel to represent it in this matter, who is working to

1623063

PAGE 1

get up to speed and has communicated with counsel for Defendants about resolving this matter. The additional time stipulated to herein will allow the parties additional time to explore a potential early resolution of the claims in this case, especially in light of the attorneys' and clients' schedules given the end of the month holidays.

The reason for the extension is not for purposes of delay or to cause prejudice to any party, but to allow the parties to continue to discuss settlement options.  This is the parties' sixth request for such an extension from the Court, having had previous extensions granted on June 3, 2022 [Docket 17], August 4, 2022 [Docket 19], September 7, 2022 [Docket 21] and October 5, 2022 [Docket 25] and November 4, 2022 [Docket 29].  This request complies with Local Rules IA 6-1, IA 6-2, and 7-1.

DATED this 6th day of December, 2022.

| RAY QUINNEY & NEBEKER P.C. | EVANS FEARS & SCHUTTERT LLP |
|---|---|
| /s/ Z. Ryan Pahnke<br>Z. Ryan Pahnke<br>Nevada Bar No. 9641<br>*Attorney for Plaintiff*<br><br>David J. Malley<br>Nevada Bar No. 8171<br>*Designated counsel pursuant to LR IA 11-1(b)* | /s/ Chad R. Fears<br>Chad R. Fears<br>Nevada Bar No. 6970<br><br>Michael S. Golenson, Esq. (*pro hac vice to be filed*)<br>**MASUDA, FUNAI, EIFERT & MICHELL, LTD.**<br>203 N. LaSalle Street, Suite 2500<br>Chicago, Illinois 60601-1262<br>Telephone: (312) 245-7529<br>Facsimile: (312) 245-7467<br>Email: mgolenson@masudafunai.com<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated  December 6, 2022
       _____

1623063