Z. Ryan Pahnke
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada  89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com
*Designated solely for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Smart Rain Systems, LLC*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SMART RAIN SYSTEMS, LLC, | |
| Plaintiff, | Case No. 2:22-cv-00232-CDS-EJY |
| vs. | |
| ROHREN – UND PUMPENWERK BAUER GES M.B.H., and BAUER NORTH AMERICA, INC., | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| Defendants. | **(NINTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Smart Rain Systems, LLC ("Smart Rain"), and Defendant Bauer North America, Inc. ("Bauer NA"), Defendant Rohren - und Pumpenwerk Bauer Ges.m.b.H. ("Bauer GmbH") (collectively, "Bauer"), through their respective counsel, that the time for Bauer to respond to the Complaint be extended up to and including May 26, 2023.  Bauer's current deadline to respond to the Complaint is April 14, 2023. Counsel for the parties have continued to engage in discussions and have exchanged proposed

1635073

settlement terms to resolve this matter without the need for further litigation.  The parties are in the process of considering and further negotiating potential settlement terms.  The additional time stipulated to herein will allow the parties to continue to explore a potential early resolution of the claims in this case.

The reason for the extension is not for purposes of delay or to cause prejudice to any party, but to allow the parties to continue to engage in settlement negotiations.  This is the parties' ninth stipulated request for such an extension from the Court, having had previous extensions granted on June 3, 2022 [Docket 17], August 4, 2022 [Docket 19], September 7, 2022 [Docket 21], October 5, 2022 [Docket 25], November 4, 2022 [Docket 29], December 6, 2022 [Docket 31], January 19,2023 [Docket 33] and March 2, 2023 [Docket 35].  This request complies with Local Rules IA 6-1, IA 6-2, and 7-1.

DATED this 12th day of April, 2023.

RAY QUINNEY & NEBEKER P.C.

*/s/ Z. Ryan Pahnke*
Z. Ryan Pahnke
Nevada Bar No. 9641
*Attorney for Plaintiff*

David J. Malley
Nevada Bar No. 8171
*Designated counsel pursuant to LR IA 11-1(b)*

EVANS FEARS & SCHUTTERT LLP

*/s/ Chad R. Fears*
Chad R. Fears
Nevada Bar No. 6970

Michael S. Golenson, Esq. (*pro hac vice to be filed*)
**MASUDA, FUNAI, EIFERT & MICHELL, LTD.**
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Telephone: (312) 245-7529
Facsimile: (312) 245-7467
Email: mgolenson@masudafunai.com
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 12, 2023_____

1635073