Z. Ryan Pahnke
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada  89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com
*Designated solely for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Smart Rain Systems, LLC*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SMART RAIN SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROHREN – UND PUMPENWERK BAUER GES M.B.H., and BAUER NORTH AMERICA, INC.,<br><br>    Defendants. | Case No. 2:22-cv-00232-CDS-EJY<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(TENTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Smart Rain Systems, LLC ("Smart Rain"), and Defendant Bauer North America, Inc. ("Bauer NA"), Defendant Rohren - und Pumpenwerk Bauer Ges.m.b.H. ("Bauer GmbH") (collectively, "Bauer"), through their respective counsel, that the time for Bauer to respond to the Complaint be extended up to and including July 7, 2023.  Bauer's current deadline to respond to the Complaint is May 26, 2023.  Counsel for the parties have continued to engage in discussions and have exchanged proposed

1638920

PAGE 1

settlement terms to resolve this matter without the need for further litigation. The parties are in the process of considering and further negotiating potential settlement terms in light of the parties' various intellectual property rights. The additional time stipulated to herein will allow the parties to continue to explore a potential early resolution of the claims in this case.

The reason for the extension is not for purposes of delay or to cause prejudice to any party, but to allow the parties to continue to engage in ongoing settlement negotiations. This is the parties' tenth stipulated request for such an extension from the Court, having had previous extensions granted on June 3, 2022 [Docket 17], August 4, 2022 [Docket 19], September 7, 2022 [Docket 21], October 5, 2022 [Docket 25], November 4, 2022 [Docket 29], December 6, 2022 [Docket 31], January 19,2023 [Docket 33] March 2, 2023 [Docket 35] and April 12, 2023 [Docket 37]. This request complies with Local Rules IA 6-1, IA 6-2, and 7-1.

DATED this 25th day of May, 2023.

| | |
|---|---|
| RAY QUINNEY & NEBEKER P.C. | EVANS FEARS & SCHUTTERT LLP |
| /s/ Z. Ryan Pahnke<br>Z. Ryan Pahnke<br>Nevada Bar No. 9641<br>*Attorney for Plaintiff*<br><br>David J. Malley<br>Nevada Bar No. 8171<br>*Designated counsel pursuant to LR IA 11-1(b)* | /s/ Chad R. Fears<br>Chad R. Fears<br>Nevada Bar No. 6970<br><br>Michael S. Golenson, Esq. (*pro hac vice to be filed*)<br>**MASUDA, FUNAI, EIFERT & MICHELL, LTD.**<br>203 N. LaSalle Street, Suite 2500<br>Chicago, Illinois 60601-1262<br>Telephone: (312) 245-7529<br>Facsimile: (312) 245-7467<br>Email: mgolenson@masudafunai.com<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED, provided, however, no further extensions of time will be granted absent extenuating circumstances.**

UNITED STATES MAGISTRATE JUDGE

Dated  May 25, 2023

1638920