Z. Ryan Pahnke
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada  89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com
*Designated solely for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Smart Rain Systems, LLC*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SMART RAIN SYSTEMS, LLC,<br><br>Plaintiff<br><br>vs.<br><br>ROHREN – UND PUMPENWERK BAUER GES M.B.H., and BAUER NORTH AMERICA, INC.,<br><br>Defendants | Case No. 2:22-cv-00232-CDS-EJY<br><br>**ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO RESPOND TO TWO MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>**[ECF No. 43]** |

Plaintiff Smart Rain Systems, LLC ("Smart Rain"), through its undersigned counsel, based on good cause, seeks a two-week extension, up to, through and including August 4, 2023, in which to file a response to Defendant Bauer North America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim [Dkt. 41] and Defendant Rohren -und Pumpenwerk Bauer Ges.m.b.H.'s Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim [Dkt. 42] ("Motions"), which were filed on July 7, 2023. Smart Rain's

1643195

1 counsel had just started a trial in St. George Utah on July 6, 2023, scheduled to July 19, 2023,
2 when the Motions were filed and requires additional time to respond to the Motions. Smart
3 Rain's current deadline to respond to the Motions is July 21, 2023.  Smart Rain's counsel
4 requested a stipulation to extend the deadline on July 10 and has not received any response from
5 opposing counsel.

6       The reason for the extension is not for purposes of delay or to cause prejudice to any
7 party, but to allow counsel for Smart Rain adequate time to respond. This is Smart Rain's first
8 request for such an extension from the Court regarding these Motions. This request complies
9 with Local Rules IA 6-1, IA 6-2 and IA 7-1.

10       DATED this 13th day of July, 2023.

RAY QUINNEY & NEBEKER P.C.

*/s/ Z. Ryan Pahnke*
Z. Ryan Pahnke
Nevada Bar No. 9641
*Attorney for Plaintiff*

David J. Malley
Nevada Bar No. 8171
*Designated counsel pursuant to LR IA 11-1(b)*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATE DISTRICT JUDGE

Dated   August 3, 2023

1643195