AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Smart Rain Systems, LLC,

          Plaintiff,

  v.

Rohren - UND Pumpenwerk Bauer Ges.M.B.H. et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00232-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendants and against Plaintiff. This action is dismissed with prejudice. Case closed.

04/26/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk